Adam P. Segal Esq., Nevada Bar No. 6120
Christopher M. Humes Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: asegal@bhfs.com
Email: chumes@bhfs.com
Email: wnobriga@bhfs.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; and THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> SENTINEL MAINTENANCE OF LAS VEGAS, LLC, a Nevada limited liability company, SMI, LLC, a Nevada limited liability company <br><br> Defendants. | CASE NO.: <br><br><br><br><br><br><br><br> **COMPLAINT** |

Plaintiffs allege:

1. This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001-1500 and the Court has original jurisdiction under 29 U.S.C. § 1132(e). Venue is proper under 29 U.S.C. § 1132(e)(2).

1

23813196.1

2.  The Plaintiffs are the Boards of Trustees of the Construction Industry and Laborers Health and Welfare Trust, the Construction Industry and Laborers Joint Pension Trust, the Construction Industry and Laborers Vacation Trust, the Southern Nevada Laborers Local 872 Training Trust (collectively referred to as "Trust Funds") and are fiduciaries for purposes of ERISA.

3.  SMI, LLC ("SMI") is a Nevada limited liability company, and on information and belief, conducts business in Las Vegas, Nevada.

4.  Sentinel Maintenance of Las Vegas, LLC ("Sentinel Maintenance") is a Nevada limited liability company, and on information and belief, conducts business in Las Vegas, Nevada.

5.  SMI acted as an employer within the State of Nevada employing persons ("Covered Employees") who perform work covered by a collective bargaining agreement ("CBA") between SMI and the Construction Industry and Laborers Union Local 872 ("Union").

6.  The CBA required SMI to make employee benefit contributions to the Trust Funds on behalf of its Covered Employees.

7.  The Trust Funds are ERISA employee benefit trust funds that provide benefits to Covered Employees.

8.  The Trust Funds are established by Trust Agreements ("Trust Agreements").

9.  The CBA, the Trust Agreements, and 29 U.S.C. § 1145 require each employer, including SMI, to make timely contributions to the Trust Funds on behalf of each employee who performs work covered by the CBA.

10. The CBA, the Trust Agreements, and 29 U.S.C. § 1132(g) provide for assessment of audit fees, court costs, expenses, interest, attorneys' fees, and liquidated damages against an employer in the event the employer defaults in making payments to the Trust Funds and legal proceedings are required to recover such payments.

11. In June 2019, SMI and Sentinel Maintenance changed ownership.

12. After June 2019, on information and belief, Sentinel Maintenance and/or SMI substantially continued the former entities' business operations with the same workforce.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

23813196.1

13. Sentinel Maintenance, however, placed all of SMI's union employees on Sentinel Maintenance's payroll, along with Sentinel Maintenance's nonunion employees.

14. Sentinel Maintenance began paying employee benefit contributions to the Trust Funds on behalf of the Covered Employees.

15. Sentinel Maintenance and SMI have the same managing members.

16. Marc Schultz, one of the managing members of both SMI and Sentinel Maintenance, acts as resident agent for both companies.

17. SMI's and Sentinel Maintenance's business operations are extremely similar.

18. On information and belief, Sentinel Maintenance and SMI have the same address.

19. On information and belief, Sentinel Maintenance and SMI have the same phone number.

20. On information and belief, Sentinel Maintenance and SMI utilize the same equipment.

21. On information and belief, Sentinel Maintenance and SMI employ or employed the same people.

22. Since June 2019, each month when SMI and/or Sentinel Maintenance send the Trust Funds contributions, the Defendants certify the following mandatory representation to the Trust Funds: "That the employer is, and by signing below, confirming that it is signatory and bound to the applicable project agreement; shop agreement, or current master labor agreement (MLA) of the Southern Nevada Laborers Local 872 and its affiliated local Unions, and any modifications or renewals thereof."

23. SMI and/or Sentinel Maintenance also certify every month "[t]hat this report is made pursuant to the appropriate project agreement, shop agreement, MLA; and/or any written agreements applicable to the Trust Funds as required by Section 302(c)(5)(B) of the 'Labor Management Relations Act.'"

## FIRST CLAIM FOR RELIEF

ERISA Delinquent Contributions – 29 U.S.C. § 1145

24. Paragraphs 1 through 23 are restated and incorporated by reference.

3

23813196.1

25. SMI and/or Sentinel Maintenance has failed to meet their obligations to remit employee benefit contributions to the Trust Funds as set forth in the CBA and Trust Agreements, and as required by 29 U.S.C. § 1145.

26. As a result of its delinquency, SMI and/or are liable to the Trust Funds for unpaid contributions, interest, liquidated damages, audit fees and attorneys' fees, as provided by 29 U.S.C. § 1132(g), the CBA, Trust Agreements and applicable Collection Policy.

**SECOND CLAIM FOR RELIEF**

ERISA Delinquent Contributions – Assumption of CBA

27. Paragraphs 1 through 26 are restated and incorporated by reference.

28. After the change in ownership in June 2019, Sentinel Maintenance and/or SMI, as successor employers, never timely bargained with the Union until impasse.

29. Through their course of conduct, Sentinel Maintenance and/or SMI have evidenced their intent to be bound by the CBA with the Union by utilizing the former entities' Covered Employees, conducting business operations covered under the CBA, and paying employee benefit contributions to the Trust Funds for work performed under the CBA by Covered Employees.

30. Sentinel Maintenance and SMI, however, failed to meet their obligations to remit complete employee benefit contributions to the Trust Funds as set forth in the CBA and Trust Agreements, and as required by 29 U.S.C. § 1145.

31. As a result of its delinquency, Sentinel Maintenance and SMI are liable to the Trust Funds for unpaid contributions, interest, liquidated damages, audit fees and attorneys' fees, as provided by 29 U.S.C. § 1132(g), the CBAs, Trust Agreements and applicable Collection Policy.

**THIRD CLAIM FOR RELIEF**

ERISA Delinquent Contributions – Alter Ego

32. Paragraphs 1 through 31 are restated and incorporated by reference.

33. Sentinel Maintenance and SMI are alter egos because of the commonality in management between the entities.

4

23813196.1

34. Sentinel Maintenance and SMI are alter egos because of the commonality of business purpose between the entities.

35. Sentinel Maintenance and SMI are alter egos because of the commonality of operations between the entities.

36. Sentinel Maintenance and SMI are alter egos because of the commonality of ownership between the entities.

37. Sentinel Maintenance and SMI are alter egos because of the commonality of employees between the entities.

38. Sentinel Maintenance and SMI are alter egos because of the commonality of labor relations between the entities.

39. Sentinel Maintenance and SMI are being used as alter egos in order to avoid collectively-bargained obligations.

40. As a result of their status as alter egos, SMI and Sentinel Maintenance are obligated to the terms of the CBAs and Trust Agreement, including the delinquent and ongoing contributions to the Trust Funds.

## FOURTH CLAIM FOR RELIEF

ERISA Delinquent Contributions – Single Employer

41. Paragraphs 1 through 40 are restated and incorporated by reference.

42. SMI and Sentinel Maintenance comprise a single bargaining unit because they share common ownership, common management, interrelation of operations; and centralized control of labor relations.

43. As a result of their status as a single employer, SMI and Sentinel Maintenance are obligated to the terms of the CBAs and Trust Agreement, including the delinquent and ongoing contributions to the Trust Funds.

///

///

5

23813196.1

WHEREFORE, Plaintiffs pray for relief as follows:

1. A judgment against Sentinel Maintenance and SMI for damages, including delinquent employee benefit contributions, interest, liquidated damages, audit fees, and attorneys' fees and costs;

2. For other equitable relief as provided by ERISA; and

3. For such other and further relief as the Court deems proper.

Dated: April 4, 2022.   BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
Adam P. Segal, Esq.
Nevada Bar No. 6120
Christopher M. Humes, Esq.
Nevada Bar No. 12782
William D. Nobriga, Esq.
Nevada Bar No. 14931
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

23813196.1