# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BOARD OF TRUSTEES OF THE
CONSTRUCTION INDUSTRY AND
LABORERES HEALTH AND WELFARE
TRUST,

      Plaintiff,

v.

SENTINEL MAINTENANCE OF LAS
VEGAS, LLC, et al.,

      Defendants.

Case No. 2:22-cv-00565-JCM-NJK

**ORDER**

[Docket No. 22]

Pending before the Court is Plaintiff's motion to compel compliance.  Docket No. 22.  No response has been filed and the time do so has now passed.  *See* Docket.

Plaintiff's motion asks the Court to compel non-parties Sentinel 1, LLC and Sentinel 2, LLC ("Sentinel Entities") to comply with Plaintiff's subpoenas *deuces tecum*, which seek documents relating to: (1) the sale of the Sentinel Entities' businesses to Defendants; (2) employees who were employed by the Sentinel Entities; and (3) the Sentinel Entities' contribution history to Plaintiff's trust fund.  *Id.* at 2-4.  The motion also asks the Court to order the Sentinel Entities to comply with Plaintiff's deposition subpoenas.  *Id.*

Failure to respond to a motion constitutes consent to the granting of the motion.  Local Rule 7-2(d).  Accordingly, Plaintiff's motion to compel compliance is **GRANTED**.[1]  Docket No. 22.  Sentinel 1, LLC and Sentinel 2, LLC are **ORDERED** to respond to Plaintiff's subpoenas *deuces tecum* and to make available a deponent to respond to Plaintiff's deposition subpoenas by **January 3, 2023**.

IT IS SO ORDERED.

Dated: December 2, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Plaintiff's motion also seeks sanctions against Sentinel 1, LLC and Sentinel 2, LLC for failing to comply with the subpoenas.  Docket No. 22 at 6-7.  A separate document must be filed for each type of relief requested.  Local Rule IC 2-2(b).  Accordingly, the Court declines to reach Plaintiff's request for sanctions at this time.