UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTESS OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST, et al., <br><br>    Plaintiffs, <br><br> v. <br><br> SENTINEL MAINTENANCE OF LAS VEGAS, LLC, et al., <br><br>    Defendants. | Case No. 2:22-cv-00565-JCM-NJK <br><br> **ORDER** <br><br> [Docket Nos. 44, 48] |

Pending before the Court are Plaintiffs' motion for leave to file their unredacted motion for summary judgment and exhibits thereto under seal, Docket No. 44, and Plaintiffs' motion for leave to file their unredacted opposition to Defendants' motion for summary judgment and exhibits thereto under seal, Docket No. 48. Both motions seek sealing of the underlying documents on the grounds that the documents have been designated confidential by Defendants under this case's stipulated protective order. Docket Nos. 44 at 2-3, 48 at 2, 52 at 2. Defendants have failed to file the notices required by this Court's order explaining why the documents should remain sealed, and the time to do so has now passed. *See* Docket No. 21 at 2; *see also* Docket. Accordingly, Defendants are **ORDERED** to file notices explaining whether Plaintiffs' motions to seal should be granted no later than August 9, 2023. Defendants' notices must address the proper standards and cite to appropriate authority.

**NO FURTHER EXTENSIONS WILL BE GIVEN TO FILE REQUIRED NOTICES. FAILURE TO FILE THE REQUIRED NOTICE IN RESPONSE TO ANY OTHER PENDING OR FUTURE MOTIONS TO SEAL MAY RESULT IN THE SUBJECT DOCUMENTS BEING UNSEALED.**

IT IS SO ORDERED.

Dated: August 4, 2023

_____
Nancy J. Koppe
United States Magistrate Judge