Lawrence J. Semenza, III, Esq., Nevada Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Nevada Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Nevada Bar No. 10203
Email: jlr@skrlawyers.com
Katie L. Cannata, Esq., Nevada Bar No. 14848
Email: klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 PARK RUN DRIVE, SUITE 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

Jason T. Gerken, Esq., *Pro Hac Vice*
Email: jgerken@porterwright.com
James D. Curphey, Esq., *Pro Hac Vice*
Email: jcurphey@porterwright.com
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 S. High Street, Suite 3100
Columbus, Ohio 43215
Telephone: (614) 227-2000
Facsimile: (614) 227-2100

*Attorneys for Defendants Sentinel Maintenance of Las Vegas, LLC and SMI, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SENTINEL MAINTENANCE OF LAS VEGAS, LLC, et al.,<br><br>Defendants. | CASE NO. 2:22-CV-00565-JCM-NJK<br><br>**ORDER GRANTING MOTION TO WITHDRAW CHRISTOPHER K. RIEDEL AS COUNSEL FOR DEFENDANTS SENTINEL MAINTENANCE OF LAS VEGAS, LLC AND SMI, LLC** |

Pursuant to Local Rule IA 11-6, attorney Christopher K. Riedel (Ohio Bar No. 0101707), of Porter, Wright, Morris & Arthur LLP, respectfully moves this Court to permit him to

1  withdraw as counsel for Defendants Sentinel Maintenance of Las Vegas, LLC and SMI, LLC in
2  this case. Attorneys Lawrence J. Semenza, III, Christopher D. Kircher, Jarrod L. Rickard, and
3  Katie L. Cannata of the law firm Semenza Kircher Rickard; and Jason T. Gerken and James D.
4  Curphey of the law firm Porter, Wright, Morris & Arthur, LLP, will remain as counsel.
5  　　　　As required by Local Rule IA 11-6, this Motion is being served on the affected clients
6  and opposing counsel.
7  　　　　DATED this 8th day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　SEMENZA KIRCHER RICKARD

　　　　　　　　　　　　　　　　　　　　　/s/ Lawrence J. Semenza, III
　　　　　　　　　　　　　　　　　　　　　Lawrence J. Semenza, III, Esq., Bar No. 7174
　　　　　　　　　　　　　　　　　　　　　Christopher D. Kircher, Esq., Bar No. 11176
　　　　　　　　　　　　　　　　　　　　　Jarrod L. Rickard, Esq., Bar No. 10203
　　　　　　　　　　　　　　　　　　　　　Katie L. Cannata, Esq., Bar No. 14848
　　　　　　　　　　　　　　　　　　　　　10161 Park Run Drive, Suite 150
　　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89145

　　　　　　　　　　　　　　　　　　　　　PORTER, WRIGHT, MORRIS & ARTHUR LLP
　　　　　　　　　　　　　　　　　　　　　Jason T. Gerken (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　James D. Curphey (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　41 South High Street, Suite 2900
　　　　　　　　　　　　　　　　　　　　　Columbus, Ohio 43215

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Sentinel Maintenance*
　　　　　　　　　　　　　　　　　　　　　*of Las Vegas, LLC and SMI, LLC*

　　　　　　　　　　　　　　　　　ORDER

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

　　　　　　　　　　　　　　　　　　　　　Dated: August 9, 2023

2