# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> SENTINEL MAINTENANCE OF LAS VEGAS, LLC, et al., <br><br> Defendant(s). | Case No. 2:22-cv-00565-JCM-NJK <br><br> **ORDER** <br><br> [Docket No. 61] |

Defendants have withdrawn their motion to seal at Docket No. 44. *See* Docket No. 61.

Accordingly, Defendants are **ORDERED** to file the relevant documents on the public docket no later than September 1, 2023.

IT IS SO ORDERED.

Dated: August 29, 2023

_____
Nancy J. Koppe
United States Magistrate Judge