Lawrence J. Semenza, III, Esq., Nevada Bar No. 7174
Email: ljs@semenzarickard.com
Jarrod L. Rickard, Esq., Nevada Bar No. 10203
Email: jlr@semenzarickard.com
Katie L. Cannata, Esq., Nevada Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile:  (702) 920-8669

Jason T. Gerken, Esq., Pro Hac Vice
Email: JGerken@porterwright.com
James D. Curphey, Esq., Pro Hac Vice
Email:  JCurphey@porterwright.com
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 S. High Street, Suite 3100
Columbus, Ohio 43215
Telephone: (614) 227-2000
Facsimile: (614) 227-2100

*Attorneys for Defendants Sentinel Maintenance of Las Vegas, LLC and SMI, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>SENTINEL MAINTENANCE OF LAS VEGAS, LLC, *et al.*,<br><br>                    Defendants. | CASE NO.:  2:22-cv-00565-JCM-NJK<br><br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>     **(FIRST REQUEST)** |

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

1

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

1    Plaintiffs, Board of Trustees of the Construction Industry and Laborers Health and

2   Welfare Trust, the Construction Industry and Laborers Joint Pension Trust, the Construction

3   Industry and Laborers Vacation Trust, and the Southern Nevada Laborers Local 872 Training

4   Trust ("Plaintiffs" and collectively, the "Trust Funds"), by and through their counsel of record,

5   the law firm of Brownstein Hyatt Farber Schreck, LLP; and Defendants, Sentinel Maintenance of

6   Las Vegas, LLC, and SMI, LLC, by and through their counsel of record, the law firms of

7   Semenza Rickard Law and Porter, Wright, Morris & Arthur LLP ("Defendants," and together

8   with Plaintiffs, the "Parties") hereby stipulate to extend by fourteen (14) days the current April

9   24, 2024 deadline for Defendants' opposition to Plaintiffs' Motion for Attorney's Fees, filed April

10   10, 2024 (ECF No. 72).

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

This is the first stipulation for extension of time with respect to this motion. As good cause for the extension, undersigned national counsel state they have open and unresolved issues with their clients which impair their ability to meet this deadline. Accordingly, the parties stipulate that the new deadline for Defendants' opposition to Plaintiffs' Motion for Attorney's Fees is May 8, 2024.

DATED this 22nd day of April, 2024.

SEMENZA RICKARD LAW

By: */s/ Lawrence J. Semenza, III*
Lawrence J. Semenza, III, Esq.
NV Bar No. 7174
Jarrod L. Richard, Esq.
NV Bar No. 10203
Katie L. Cannata, Esq.
NV Bar No. 24848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada  89145

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Christopher M. Humes*
Adam P. Segal, Esq.
NV Bar No. 6120
Christopher M. Humes, Esq.
NV Bar No. 12782
William D. Nobriga, Esq.
NV Bar No. 14931
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614

*Attorneys for Plaintiffs*

PORTER, WRIGHT, MORRIS & ARTHUR LLP

By: */s/ Jason T. Gerken*
Jason T. Gerken (*pro hac vice*)
James D. Curphey (*pro hac vice*)
41 South High Street, Suite 2900
Columbus, Ohio 43215

*Attorneys for Defendants*

**O R D E R**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** _April 23, 2024_    _____

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803