AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust et al
        Plaintiffs,

v.

SMI, LLC et al

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00565-JCM-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of Trust Funds and against SMI, LLC, and Sentinel Maintenance of Las Vegas, LLC, jointly and severally, for the following amounts: Contributions: $972,795.81, Interest: $430,474, Liquidated Damages: $430,474, Audit Fees: $7,810, TOTAL: $1,841,553.81. IT IS FURTHER ORDERED that post-judgment interest shall accrue on the delinquent employee benefit contributions at the rate of 14%.

4/26/2024
Date

DEBRA K. KEMPI
Clerk

/s/ C. Harrington
Deputy Clerk