# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST, et al., | Case No. 2:22-cv-00565-JCM-NJK |
|---|---|
| Plaintiff(s), | **Order** |
| v. | [Docket No. 82] |
| SENTINEL MAINTENANCE OF LAS VEGAS, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is a renewed motion to withdraw as counsel for Defendants Sentinel Maintenance and SMI.  Docket No. 82.[1]  Despite ample time passing, no response has been filed by Plaintiffs or by Sentinel Maintenance and SMI.  For good cause shown, that motion to withdraw is conditionally **GRANTED**.  This order granting withdrawal will become effective upon the filing by withdrawing counsel of a certificate that Defendants were sent a copy of this order, and that Defendants were notified of the withdrawal of counsel and the requirement to retain new counsel (discussed below).  Such certificate must be filed by July 1, 2024.

**Defendants are advised that they cannot proceed in this matter without retaining a licensed attorney**.  *United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993).  As such, Defendants must retain new counsel and have that attorney file a notice of appearance by July 8, 2024.  Failure to comply with this order may result in the imposition of sanctions.  *See, e.g., Rausch v. World Series of Golf, Inc.*, 2012 WL 1517294, at *4 (D. Nev. Apr. 23, 2012) (addressing withdrawal of counsel in the judgment debtor context).  Moreover, nothing in this

---

[1] The first motion to withdraw was denied without prejudice.  Docket No. 81.

1

1  order absolves Defendants of the requirement to timely respond (through new counsel) to the
2  pending motions for judgment debtor examination.  Docket No. 83, 84.
3      IT IS SO ORDERED.
4      Dated: June 27, 2024

                                            Nancy J. Koppe
                                            United States Magistrate Judge