# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>SENTINEL MAINTENANCE OF LAS VEGAS, LLC, et al.,<br><br>    Defendant(s). | Case No. 2:22-cv-00565-JCM-NJK<br><br>**Order** |

The Court having granted the renewed motion to withdraw as counsel for Defendants Sentinel Maintenance and SMI, Docket No. 85 (granting Docket No. 82), and withdrawing counsel having filed a certificate of compliance, Docket No. 86, the Clerk's Office is **INSTRUCTED** to add Defendants' last known address to the docket for mailing this order and future orders: 6280 S. Valley View Blvd., Las Vegas, NV 89118.

IT IS SO ORDERED.

Dated: July 19, 2024

_____
Nancy J. Koppe
United States Magistrate Judge