Christopher M. Humes Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: chumes@bhfs.com
Email: wnobriga@bhfs.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; and THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>SENTINEL MAINTENANCE OF LAS VEGAS, LLC, a Nevada limited liability company, SMI, LLC, a Nevada limited liability company<br><br>Defendants. | CASE NO.: 2:22-cv-00565-JCM-NJK<br><br>**ORDER FOR JUDGMENT DEBTOR EXAMINATION OF THE PERSON MOST KNOWLEDGEABLE OF SMI, LLC**<br><br>DATE: August 5, 2024<br><br>TIME: 10:00 a.m. |

The Court having reviewed the Motion for Judgment Debtor Examination of the Person Most Knowledgeable of SMI, LLC ("SMI"), submitted by the Plaintiffs, the Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust, the Board of Trustees of the Construction Industry and Laborers Joint Pension Trust, the Board of Trustees of the

1

29750686.2

Construction Industry and Laborers Vacation Trust, and the Board of Trustees of the Southern Nevada Laborers Local 872 Training Trust (collectively "Plaintiffs" or the "Trust Funds"), and good cause appearing:

**IT IS HEREBY ORDERED** that the Person Most Knowledgeable of SMI shall appear at the office of Brownstein Hyatt Farber Schreck, LLC located at 100 North City Parkway, Suite 1600, Las Vegas, Nevada, 89106, on August 5, 2024, at 10:00 a.m., for a judgment debtor examination before a notary public or some other officer authorized by law to administer oaths and recorded by stenographic means regarding the following subject matter:

1. The documents produced in compliance with this Order, and
2. SMI's past and present income and expenses.
3. SMI's past and present bank accounts.
4. SMI's past and present consultant and financial professionals.
5. SMI's past and present ownership interests in stocks, bonds, and other securities.
6. SMI's past and present involvement in any lawsuit, and any judgment against SMI stemming therefrom.
7. SMI's past and present assets, debts, and liabilities, including all real and personal property.
8. SMI's financial books and records from 2020 to the present.
9. Any other companies that SMI has or had an ownership interest in, holds or held an officer, director, or other leadership position, and/or indirectly controls or owns (or controlled or owned) through another entity.
10. All events regarding the asset sale to Kleen Tech Services, LLC, including but not limited to payments for such assets.
11. All events related to SMI's dissolution, including but not related to payments made up to one year prior to the dissolution and distributions to members.

**IT IS FURTHER ORDERED,** that the Person Most Knowledgeable of SMI shall produce to the Trust Funds' counsel at 100 North City Parkway, Suite 1600, Las Vegas, Nevada,

29750686.2

89106, one (1) week prior to the examination the following documents:

1. Any and all documents evidencing the current ownership of SMI's stock, including the name and address of such owners;

2. Any and all documents evidencing the ownership of SMI, including both individuals and entities;

3. Any and all documents regarding real property currently owned by SMI, including but not limited to location, value, mortgage, mortgage payments, liens, or the like regarding such real property;

4. A complete current inventory list of assets owned by SMI, including but not limited to, office equipment, vehicles, accounts receivable, and any other personal property;

5. The last twenty-four (24) statements for each and every one of SMI's bank accounts in existence during such twenty-four (24) months, without regard to whether such account remains open;

6. Any and all documents regarding real and personal (including any and all assets) property disposed of by SMI in the last five (5) years;

7. Copies of all existing contracts under which SMI is (a) currently performing work, (b) has completed work but is owed payment of any amount, or (c) will commence work in the future; and

8. Any and all documents evidencing for whom SMI has performed work in the past two (2) years, and all records showing the number of hours worked by SMI's employees in the past two years, and on what projects all such work was performed.

9. Any and all documents relating to the sale of SMI's assets to Kleen-Tech Services, LLC, on or around September 17, 2021, including not but limited to all payments made to SMI related to the asset sale.

29750686.2

10. Any and all documents relating to SMI's dissolution, including but not limited to any documents related to distributions made to SMI's members and payments to creditors.

IT IS SO ORDERED.
Dated: July 19, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
_____
Christopher M. Humes, Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135

Attorneys for Plaintiffs

29750686.2